UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

          Plaintiff,         CASE NO.: 03-CR-50051-FL

vs.                             HON. PAUL V. GADOLA
                                MAG. JUDGE WALLACE CAPEL, JR.

MARK JEFFREY MILLS,

          Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on January 19, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on January 17, 2006.

The Defendant is charged with violation of the Mandatory Condition by testing positive for the use of cocaine on two separate occasions.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on September 14, 2005.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by using illegal substances. The information presented also indicates that he recently also tested positive for the use of cocaine.

The Defendant has however, consented to detention in this matter. The issue of bond therefore is moot. The Defendant may raise the issue of bond again should the Defendant's circumstances change.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: January 20, 2006**            s/ Wallace Capel, Jr.
                                                              **WALLACE CAPEL, JR.**
                                                              **United States Magistrate Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Robert Haviland, AUSA, Kenenth R. Sasse, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                                              s/ James P. Peltier
                                                              James P. Peltier
                                                              Courtroom Deputy Clerk
                                                              U.S. District Court
                                                              600 Church St.
                                                              Flint, MI 48502
                                                              810-341-7850
                                                              pete_peltier@mied.uscourts.gov